

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:  Richard Andert Robins v. Commission for Lawyer Discipline
d/b/a Texas Bar a/k/a State Bar of Texas

Appellate case number:  01-19-00011-CV

Trial court case number:  2018-46488

Trial court:  61st District Court of Harris County

Date motion filed:  February 25, 2021

Party filing motion:  Appellant

It is ordered that the motion for en banc reconsideration is **denied**. *See* TEX. R. APP.
P. 49.7.

Judge's signature:  _/s/ Sherry Radack_

☐ Acting individually   ☑ Acting for the Court

En Banc Court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau,
Hightower, Countiss, Rivas-Molloy, and Guerra.

Farris, J., not participating.

Date:  April 15, 2021